1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7    STANTON HARRY MCCAIN, II,

8                                        Plaintiff,

9              v.

10   DEPARTMENT OF CORRECTIONS;
     FRANK JOHN SMITH, M.D.;
11   STEPHEN SINCLAIR; JONI
     AIYEKU; DONALD HOLBROOK;
12   STEVEN HAMMOND, M.D.; LISA
     KLEMME; and KAREN FORSS,
13
                                        Defendants.
14

NO:  4:18-CV-5174-TOR

ORDER OF DISMISSAL AS TO JONI
AIYEKU ONLY

15         BEFORE THE COURT is Plaintiff's Request to Remove Joni Aiyeku from

16   Defendant List (ECF No. 68), construed as a motion to dismiss.  In accordance

17   with Federal Rule of Civil Procedure 25(a), Counsel for Defendants filed a

18   Statement Noting a Party's Death on March 4, 2021.  ECF No. 67.  Plaintiff now

19   seeks to remove Defendant Joni Aiyeku as a Defendant.

20   //

ORDER OF DISMISSAL AS TO JONI AIYEKU ONLY ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2      All claims and causes of action in this matter against Defendant Joni Aiyeku

3  are **DISMISSED** with prejudice and without costs or fees to any party.

4      The Clerk of Court shall adjust the docket sheet accordingly.

5      The District Court Executive is directed to enter this Order and furnish

6  copies to the parties.

7      **DATED** March 23, 2021.

8  

9                    THOMAS O. RICE
                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL AS TO JONI AIYEKU ONLY ~ 2